**KYLE R. KNAPP**
**Attorney at Law**
California State Bar No. 166597
1120 D Street, Suite 100
Sacramento, CA 95814
Telephone:  (916) 441-4717

Attorney for Sergio Cobian

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.   CR S-11-00069 - JAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | **STIPULATION AND ORDER TO** |
| | ) | **CONTINUE STATUS CONFERENCE,** |
| SERGIO COBIAN, | ) | AND TO EXCLUDE TIME PURSUANT |
| | ) | TO THE SPEEDY TRIAL ACT |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective

counsel, William S. Wong, Assistant United States Attorney, attorney for plaintiff; Kyle Knapp, attorney

for defendant, SERGIO COBIAN, that the previously scheduled status conference date of April 26, 2011,

be vacated and the matter set for status conference on May 24, 2011 at 9:30 a.m.

This continuance is requested to allow counsel additional time to review discovery with the

defendant, to examine possible defenses and to continue investigating the facts of the case.

Accordingly, counsel and the defendant agree that time under the Speedy Trial Act from the date

this stipulation is lodged, through May 24, 2011, should be excluded in computing time within which trial

must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)7(A) and B(iv), and Local

//

//

1 | Code T4[reasonable time for defense counsel to prepare].

2 | Dated: April 25, 2011                           Respectfully submitted.

3 |

4 |                                                 ___/s/ Kyle R. Knapp_____
   |                                                 Kyle R. Knapp
   |                                                 Attorney for Defendant, Sergio Cobian

5 |

6 | Dated: April 25, 2011                           Respectfully submitted.

7 |

8 |                                                  __/s/ William S. Wong_____
   |                                                 William S. Wong
   |                                                 Assistant U.S. Attorney

9 |                                                 Attorney for Plaintiff

10 | DATED: 4/25/2011

11 |

12 |

13 |                                                /s/ John A. Mendez_____

14 |                                                U.S. District Court Judge

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |