**KYLE R. KNAPP**
**Attorney at Law**
California State Bar No. 166597
1120 D Street, Suite 100
Sacramento, CA 95814
Telephone: (916) 441-4717

Attorney for Sergio Cobian

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  CR S-11-00069 - JAM |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE,** AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| SERGIO COBIAN, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, William S. Wong, Assistant United States Attorney, attorney for plaintiff; Kyle Knapp, attorney for defendant, SERGIO COBIAN, that the previously scheduled status conference date of July 12, 2011, be vacated and the matter set for status conference on August 2, 2011 at 9:30 a.m.

This continuance is requested to allow counsel additional time to review discovery with the defendant and to work out the logistics in the plea agreement.

Accordingly, counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through August 2, 2011, should be excluded in computing time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)7(A) and B(iv), and Local

//

//

1  Code T4[reasonable time for defense counsel to prepare].

2  Dated: July 11, 2011						Respectfully submitted.

3

4						      /s/ Kyle R. Knapp
						Kyle R. Knapp
						Attorney for Defendant, Sergio Cobian
5

6  Dated: July 11, 2011						Respectfully submitted.

7

8						      /s/ William S. Wong
						William S. Wong
						Assistant U.S. Attorney
9						Attorney for Plaintiff

10  SO ORDERED.

11  DATE: July 11, 2011

12

13						/s/ John A. Mendez
						JOHN A. MENDEZ
						JUDGE
14						UNITED STATES DISTRICT COURT