**KYLE R. KNAPP**
**Attorney at Law**
California State Bar No. 166597
1120 D Street, Suite 100
Sacramento, CA 95814
Telephone: (916) 441-4717

Attorney for Sergio Cobian

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR S-11-00069 - JAM |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE,** AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| SERGIO COBIAN, | |
| Defendant. | |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, William S. Wong, Assistant United States Attorney, attorney for plaintiff; Kyle Knapp, attorney for defendant, SERGIO COBIAN, that the previously scheduled status conference date of September 20, 2011, be vacated and the matter set for status conference on October 4, 2011 at 9:30 a.m.

   This continuance is requested to allow counsel additional time to finalize the details of the plea agreement.

   Accordingly, counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through October 4, 2011, should be excluded in computing time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)7(A) and B(iv),

//

//

1 and Local Code T4[reasonable time for defense counsel to prepare].

2 Dated: September 19, 2011 Respectfully submitted.

    /s/ Kyle R. Knapp
Kyle R. Knapp
Attorney for Defendant, Sergio Cobian

6 Dated: September 19, 2011 Respectfully submitted.

    /s/ William S. Wong
William S. Wong
Assistant U.S. Attorney
Attorney for Plaintiff

10 SO ORDERED.

11 DATE: September 19, 2011

/s/ John A. Mendez
HON. JOHN A. MENDEZ
JUDGE
UNITED STATES DISTRICT COURT