**KYLE R. KNAPP**
**Attorney at Law**
California State Bar No. 166597
1120 D Street, Suite 100
Sacramento, CA 95814
Telephone: (916) 441-4717

Attorney for Sergio Cobian

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  CR S-11-00069 - JAM |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE,** AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| SERGIO COBIAN, | |
| Defendant. | |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, William S. Wong, Assistant United States Attorney, attorney for plaintiff; Kyle Knapp, attorney for defendant, SERGIO COBIAN, that the previously scheduled status conference date of October 25, 2011, be vacated and the matter set for status conference on November 8, 2011 at 9:30 a.m.

   This continuance is requested to allow counsel additional time to arrive at a plea agreement.  Mr. Wong is out of the office today and asked that I do this stipulation for two weeks.

   Accordingly, counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through November 8, 2011, should be excluded in computing time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)7(A) and B(iv),

//

//

1  and Local Code T4[reasonable time for defense counsel to prepare].

2  Dated: October 24, 2011                                     Respectfully submitted.

3
                                                                /s/ Kyle R. Knapp
4                                                               Kyle R. Knapp
                                                                Attorney for Defendant, Sergio Cobian
5

6  Dated: October 24, 2011                                     Respectfully submitted.

7
                                                                 /s/ William S. Wong
8                                                               William S. Wong
                                                                Assistant U.S. Attorney
9                                                               Attorney for Plaintiff

10 SO ORDERED.

11 DATE: October 24, 2011

12

13
                                                                /s/ John A. Mendez
14                                                              HON. JOHN A. MENDEZ
                                                                JUDGE
15                                                              UNITED STATES DISTRICT COURT