**KYLE R. KNAPP**
**Attorney at Law**
California State Bar No. 166597
1120 D Street, Suite 100
Sacramento, CA 95814
Telephone: (916) 441-4717

Attorney for Sergio Cobian

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  CR S-11-00069 - JAM |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **STIPULATION AND ORDER TO** |
| ) | **CONTINUE STATUS CONFERENCE,** |
| SERGIO COBIAN, ) | AND TO EXCLUDE TIME PURSUANT |
| ) | TO THE SPEEDY TRIAL ACT |
| Defendant. ) | |
| ) | |
| _____ ) | |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, William S. Wong, Assistant United States Attorney, attorney for plaintiff; Kyle Knapp, attorney for defendant, SERGIO COBIAN, that the previously scheduled status conference date of January 10, 2012, be vacated and the matter set for status conference on January 31, 2012 at 9:30 a.m.

   This continuance is requested to allow counsel additional time to arrive at a plea agreement.  Mr. Wong and I are exchanging documentation that should lead to a resolution in this matter and we respectfully need a bit more time to resolve this case.

   Accordingly, counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through January 31, 2012, should be excluded in computing time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)7(A) and B(iv),

//

//

and Local Code T4[reasonable time for defense counsel to prepare].

Dated: January 9, 2012                                  Respectfully submitted.


   /s/ Kyle R. Knapp
Kyle R. Knapp
Attorney for Defendant, Sergio Cobian


Dated: January 9, 2012                                  Respectfully submitted.


   /s/ William S. Wong
William S. Wong
Assistant U.S. Attorney
Attorney for Plaintiff

SO ORDERED.

DATE: January 9, 2012


/s/ John A. Mendez
HON. JOHN A. MENDEZ
JUDGE
UNITED STATES DISTRICT COURT