1  BENJAMIN B. WAGNER
   United States Attorney
2  WILLIAM S. WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )  CASE NO. 2:11-cr-069 JAM
                                   )
12                 Plaintiff,      )  STIPULATION AND CONTINUING
                                   )  STATUS CONFERENCE
13  v.                             )
                                   )  DATE: March 6, 2012
14  SERGIO FRANCISCO COBIAN,       )  TIME: 9:30 a.m.
                                   )  JUDGE: Hon. John A. Mendez
15                 Defendant.      )
                                   )
16                                 )

17  _____

18       It is hereby stipulated and agreed to between the United States
19  of America, through William S. Wong, Assistant U.S. Attorney, and
20  defendant, SERGIO FRANCISCO COBIAN, by and through his counsel,
21  Kyle R. Knapp, Esq., that the status conference set for Tuesday,
22  March 6, 2012, be continued to Tuesday, March 20, 2012, at 9:30 a.m.
23       The reason for this continuance is to allow defense counsel
24  additional time to review the plea agreement with the defendant, to
25  discuss possible sentencing issues and to continue investigating the
26  facts of the case.
27       The time period, from the date of this order through the date of
28  the status conference to be set for March 20, 2012, is to be excluded

                                    1

from the Speedy Trial Clock pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: March 2, 2012                    Respectfully submitted,

                                      BENJAMIN B. WAGNER
                                      United States Attorney

                          By:   /s/ William S. Wong
                              WILLIAM S. WONG
                              Assistant U.S. Attorney


DATED: March 2, 2012

                              /s/ William S. Wong for
                              KYLE RODGER KNAPP
                              Counsel for Defendant
                              SERGIO FRANCISCO COBIAN


## **ORDER**

**IT IS SO ORDERED.**  The time period is excluded from today's date through and including March 20, 2012, from the Speedy Trial Clock pursuant to 18 U.S.C. § 3161(h)(i)(B)(iv) [reasonable time to prepare] and Local Code T4.  The Court finds that the ends of justice to be served by granting a continuance as requested outweigh the best interest of the public and the defendant in a speedy trial.

DATED: 3/5/2012

                              /s/ John A. Mendez
                              HON. JOHN A. MENDEZ
                              United States District Judge