1  **KYLE R. KNAPP**
   **Attorney at Law**
2  California State Bar No. 166597
   1120 D Street, Suite 100
3  Sacramento, CA 95814
   Telephone:  (916) 441-4717

4

5  Attorney for Sergio Cobian

6

7                    UNITED STATES DISTRICT COURT

8                  EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,        )   CASE NO.   CR S-11-00069 - JAM
                                     )
11                    Plaintiff,     )
                                     )
12  v.                               )
                                     )
13                                   )   **STIPULATION AND ORDER TO**
                                     )   **CONTINUE STATUS CONFERENCE,**
14  SERGIO COBIAN,                   )   AND TO EXCLUDE TIME PURSUANT
                                     )   TO THE SPEEDY TRIAL ACT
15                    Defendant.     )
                                     )
16  _____)

17         IT IS HEREBY STIPULATED by and between the parties hereto through their respective

18  counsel, William S. Wong, Assistant United States Attorney, attorney for plaintiff; Kyle Knapp, attorney

19  for defendant, SERGIO COBIAN, that the previously scheduled status conference date of March 20,

20  2012, be vacated and the matter set for status conference on March 27, 2012 at 9:30 a.m.

21         This continuance is requested to allow counsel additional time to finalize the language of the plea

22  agreement and have the defendant review and sign it.

23         Accordingly, counsel and the defendant agree that time under the Speedy Trial Act from the date

24  this stipulation is lodged, through March 27, 2012, should be excluded in computing time within which

25  trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)7(A) and B(iv),

26  and Local Code T4[reasonable time for defense counsel to prepare].

27  Dated: March 16, 2012                          Respectfully submitted.

28
                                               __/s/ Kyle R. Knapp_____
                                               Kyle R. Knapp
                                               Attorney for Defendant, Sergio Cobian

1

Dated: March 16, 2012                                    Respectfully submitted.

2

3                                                              /s/ William S. Wong
                                                        William S. Wong
4                                                       Assistant U.S. Attorney
                                                        Attorney for Plaintiff
5

SO ORDERED.

6

DATE: March 19, 2012

7

8

9                                                       /s/ John A. Mendez
                                                        HON. JOHN A. MENDEZ
10                                                      JUDGE
                                                        UNITED STATES DISTRICT COURT
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28