BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-CR-00069 JAM |
| | ) | |
| Plaintiff, | ) | PRELIMINARY ORDER OF |
| | ) | FORFEITURE |
| v. | ) | |
| | ) | |
| SERGIO FRANCISCO COBIAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

   Based upon the plea agreement and the stipulation and application for preliminary order of forfeiture entered into between plaintiff United States of America and defendantSergio Francisco Cobian, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

   1. Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), plaintiff hereby applies for entry of a Preliminary Order of Forfeiture as to the following property:

   a)  One Harrington and Richardson, model 929, .22 caliber revolver, serial number AP2405.

   2. The above-listed property is a firearm that was involved or used in the knowing commission of a violation of 18 U.S.C. §

1 | 922(g)(1).

2 |     3.   Pursuant to Rule 32.2(b), the Attorney General (or a
3 | designee) shall be authorized to seize the above-listed property.
4 | The aforementioned property shall be seized and held by the
5 | Bureau of Alcohol, Tobacco, Firearms, and Explosives, in its
6 | secure custody and control.

7 |     4.   a.   28 U.S.C. § 2461(c), incorporating 21 U.S.C. §
8 | 853(n), and Local Rule 171, the United States shall publish
9 | notice of the order of forfeiture.  Notice of this Order and
10 | notice of the Attorney General's (or a designee's) intent to
11 | dispose of the property in such manner as the Attorney General
12 | may direct shall be posted for at least 30 consecutive days on
13 | the official internet government forfeiture site
14 | www.forfeiture.gov.  The United States may also, to the extent
15 | practicable, provide direct written notice to any person known to
16 | have alleged an interest in the property that is the subject of
17 | the order of forfeiture as a substitute for published notice as
18 | to those persons so notified.

19 |        b.   This notice shall state that any person, other than
20 | the defendant, asserting a legal interest in the above-listed
21 | property, must file a petition with the Court within sixty (60)
22 | days from the first day of publication of the Notice of
23 | Forfeiture posted on the official government forfeiture site, or
24 | within thirty (30) days from receipt of direct written notice,
25 | whichever is earlier.

26 |     5.   If a petition is timely filed, upon adjudication of all
27 | third-party interests, if any, this Court will enter a Final
28 | Order of Forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28

U.S.C. § 2461(c), in which all interests will be addressed.

SO ORDERED this 23rd day of July, 2012.

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge