**KYLE R. KNAPP**
**Attorney at Law**
California State Bar No. 166597
1120 D Street, Suite 100
Sacramento, CA 95814
Telephone: (916) 441-4717

Attorney for Sergio Cobian

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  CR S-11-00069 - JAM |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO** |
| | **CONTINUE JUDGEMENT AND SENTENCING,** |
| SERGIO COBIAN, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, William S. Wong, Assistant United States Attorney, attorney for plaintiff; Kyle Knapp, attorney for defendant, SERGIO COBIAN, that the previously scheduled sentencing date of March 12, 2013, be vacated and the matter set for sentencing on April 9, 2013 at 9:45am.

This continuance is requested to allow counsel additional time to provide materials to probation and to resolve medical issues for his client.  I contacted Mr. Wong and Ms. Moore of probation and we respectfully need more time to finalize this case.

Dated: March 8, 2013                             Respectfully submitted.

                                          /s/ Kyle R. Knapp
                                         Kyle R. Knapp
                                         Attorney for Defendant, Sergio Cobian

1 | Dated: March 8, 2013

Respectfully submitted.

  /s/ Kyle Knapp for
William S. Wong
Assistant U.S. Attorney
Attorney for Plaintiff

5 | SO ORDERED.

6 | DATE:   3/8/2013

/s/ John A. Mendez
HON. JOHN A. MENDEZ
JUDGE
UNITED STATES DISTRICT COURT