| | |
|---|---|
| 1  BENJAMIN B. WAGNER<br>    United States Attorney<br>2  WILLIAM S. WONG<br>    Assistant United States Attorney<br>3  501 I Street, Suite 10-100<br>    Sacramento, CA 95814<br>4  Telephone: (916) 554-2700<br>    Facsimile: (916) 554-2900 | <br> |

6  Attorneys for Plaintiff
   United States of America

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                    Plaintiff,<br>         v.<br>SERGIO COBIAN,<br>                    Defendant. | CASE NO. 2:11-CR-0069-JAM<br><br>COURT ORDER TO COMMIT DEFENDANT FOR FURTHER MENTAL COMPETENCY TREATMENT AND EXAMINATION PURSUANT TO 18 U.S.C. SECTION 4241 (d)<br><br>Date: September 3, 2013<br>Time: 9:45 am<br>Ctrm: Honorable John A. Mendez |

### ORDER

By motion of the Government and defendant's counsel, Kyle Knapp, pursuant to 18 U.S.C. § 4241 (a), the court having found defendant SERGIO COBIAN may presently be suffering from a mental disease or defect rendering him mentally incompetent to be sentenced to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, it is hereby ORDERED pursuant to 18 U.S.C. § 4241 (d) that further study and treatment of the defendant be conducted *for such a reasonable period of time, not to exceed four (4) months from* and that a psychiatric or psychological report be filed with the court. The United States Marshal's Service is hereby ORDERED to transport the defendant forthwith to the nearest available Bureau of Prisons federal facility to be examined and treated for mental competency and that a psychiatric or psychological report be filed with the court within 120 days of this Order, unless good cause can be shown to extend the filing of said report for an additional 15 days. The defendant shall be

1

1 | returned back to the United States District Court for the Eastern District of California for a hearing set
2 | for January 28, 2014, unless ordered to do otherwise.

3 | Dated: September 13, 2013

JOHN A. MENDEZ
United States District Court Judge

2