

**U. S. Department of Justice**

Federal Bureau of Prisons

*Federal Correctional Complex*

*Federal Medical Center*
*P. O. Box 1600*
*Butner, NC 27509*
*(919) 575-3900*

January 8, 2014

The Honorable John A. Mendez
Eastern District of California
Robert T. Matsui U.S. Courthouse
501 I Street
Sacramento, California 95814

**FILED**

JAN 10 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

RE: COBIAN, Sergio
    Register Number: 65757-097
    Docket Number:   2:11-CR-0069-JAM

Dear Judge Mendez:

The above-referenced individual was admitted to the Mental Health Unit of this facility on October 29, 2013 pursuant to the provisions of Title 18, United States Code, Section 4241(d).

Currently, the assigned Treatment Team members are conducting interviews and psychological testing with Mr. Cobian, which are necessary to complete his evaluation. In order to provide the Court with a comprehensive evaluation, I respectfully request that his evaluation period begin on the day of his arrival and be extended for a full 120 days. If this request is granted, the evaluation period will end on February 25, 2014. My staff will attempt to complete the evaluation as soon as possible and have a final report to the Court within 14 working days of the end date. If you concur, please forward a copy of the amended Order by fax machine to (919) 575-4866 to the attention of Inmate Systems Management and send a certified copy to the Records Office at FMC Butner.

I thank you in advance for your assistance in this matter. If you are in need of additional information, please contact Kelly Forbes, Health Systems Specialist at (919) 575-3900 extension 6030.

Respectfully,

Craig Apker, Complex Warden
FCC Butner

CA/deh

**GRANTED**/DENIED (Circle One)

Signature: _____   DATE: 1-9-2014
           District Judge John A. Mendez

cc: William See Wong, Assistant United States Attorney
    Kyle Rodger Knapp, Defense Attorney