BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>SERGIO COBIAN,<br><br>                Defendant. | CASE NO. 2:11-CR-0069-JAM<br><br>COURT ORDER TO COMMIT DEFENDANT FOR FURTHER MENTAL COMPETENCY TREATMENT AND EXAMINATION PURSUANT TO 18 U.S.C. SECTION 4241 (d)<br><br>Date: August 12, 2014<br>Time: 9:45 am<br>Ctrm: Honorable John A. Mendez |

## **ORDER**

By motion of the Government and defendant's counsel, Kyle Knapp, pursuant to 18 U.S.C. § 4241 (a), the Court having found defendant SERGIO COBIAN may presently be suffering from a mental disease or defect rendering him mentally incompetent to be sentenced to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, the Court previously ORDERED pursuant to 18 U.S.C. § 4241 (d) that further study and treatment of the defendant be conducted, and that a psychiatric or psychological report be filed with the court.

The defendant was transported to the Federal Medical Center at Butner, North Carolina, for examination, evaluation, and treatment pursuant to Title 18, United States Code, Section 4241 (d). On March 21, 2014, the Complex Warden, Kenny Atkinson, sent a letter to the court stating that defendant

1

Sergio Cobian is suffering from a mental disease or defect rendering him mentally incompetent to the extent he is unable to understand the nature and consequences of the proceedings filed against him or assist properly in his own defense.  Additionally, the Federal Medical Center's staff opined that with additional period of hospitalization and treatment, the defendant's competency to stand trial may be restored.  Therefore, the staff recommended and is requesting another 120 day period for continued treatment pursuant to Title 18, United States Code, Section 4241 (d).  The parties and the Court having agreed to this request, it is hereby ORDERED that defendant Sergio Cobian remain at the Federal Medical Center at Butner for an additional period of hospitalization and treatment for 120 days.

The United States Marshal's Service is hereby ORDERED to return defendant Sergio Cobian back to the United States District Court for the Eastern District of California for a hearing set for August 12, 2014, unless ordered to do otherwise.

Dated:  March 25, 2014

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge

2