KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
SERGIO COBIAN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SERGIO COBIAN.<br><br>Defendant. | No. 11-CR-00069-JAM<br><br>STIPULATION AND<br>ORDER CONTINUING SENTENCING<br><br>Date:  March 17, 2015<br>Time:  9:15am.<br>Judge:  Honorable John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, William S. Wong, Assistant United States Attorney, attorney for plaintiff; Kyle Knapp, attorney for defendant, SERGIO COBIAN, that the previously scheduled sentencing date of February 10, 2015, be vacated and the matter set for sentencing on March 17, 2015 at 9:15am.

This continuance is requested to allow counsel additional time to provide materials to probation and to resolve some guideline issues for his client.  I contacted Mr. Wong and Ms. Moore of probation and we respectfully need more time to finalize this case.

In light of the above request the following sentencing schedule is requested - Judgment and Sentencing - March 17, 2015;  Response to Motion to Correct PSR due March 10, 2015;

Motion to Correct PSR due March 3, 2015;  Response to Informal Objections due February 24; Informal Objections due February 17, 2015.

Dated: February 4, 2015                                              Respectfully submitted.

   /s/ Kyle R. Knapp
Kyle R. Knapp
Attorney for Defendant, Sergio Cobian

Dated: February 4, 2015                                              Respectfully submitted.

   /s/ Kyle Knapp for
William S. Wong
Assistant U.S. Attorney
Attorney for Plaintiff

SO ORDERED

DATE: 2/4/2015

/s/ John A. Mendez_____
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE