KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
SERGIO COBIAN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-CR-00069-JAM |
| Plaintiff, | STIPULATION AND ORDER CONTINUING SENTENCING |
| v. | |
| SERGIO COBIAN. | Date: March 24, 2015<br>Time: 9:15am.<br>Judge: Honorable John A. Mendez |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, William S. Wong, Assistant United States Attorney, attorney for plaintiff; Kyle Knapp, attorney for defendant, SERGIO COBIAN, that the previously scheduled sentencing date of March 17, 2015, be vacated and the matter set for sentencing on March 24, 2015 at 9:15am.

This continuance is requested to allow defense counsel additional time to provide materials to probation and to resolve some guideline research for his client. In addition, defense counsel has been in trial and has a deliberating jury in Placer County. In order to avoid any conflict, the one week continuance is requested.

//

The final PSR has been filed and there is no revised sentencing schedule needed.

Dated: March 13, 2015							Respectfully submitted.

   /s/ Kyle R. Knapp
Kyle R. Knapp
Attorney for Defendant, Sergio Cobian

Dated: March 13, 2015							Respectfully submitted.

   /s/ Kyle Knapp for
William S. Wong
Assistant U.S. Attorney
Attorney for Plaintiff

SO ORDERED

DATE: 3/16/2015

/s/ John A. Mendez
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT, JUDGE